Applicant has declared that he is a member in good standing of the bar of the State of Minnesota; and that his contact information is as follows:

> Scott H. Ikeda
> Assistant Attorney General
> Minnesota Attorney General's Office
> 445 Minnesota Street, Suite 1100
> St. Paul, MN 55101-2018
> (651) 757-1385 (Voice)
> (651) 282-5832 (Fax)
> scott.ikeda@ag.state.mn.us

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the State of Minnesota in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____5/30/19_____

Paul A. Engelmayer

HONORABLE PAUL A. ENGELMAYER
United States District Court Judge

2