# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK, *et al.*

            *Plaintiffs*,

     v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES;
ALEX M. AZAR II, *in his official capacity as
Secretary of the United States Department of
Health and Human Services*; and UNITED
STATES OF AMERICA,

            *Defendants*.

No. 1:19-cv-04676-PAE

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please take notice of appearance of the

following counsel for the Defendants:

    Bradley P. Humphreys
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W.
    Washington, DC 20005
    Phone: (202) 305-0878
    Email:  Bradley.Humphreys@usdoj.gov

Dated: June 11, 2019          Respectfully submitted,

                        JOSEPH H. HUNT
                        Assistant Attorney General

                        MICHELLE R. BENNETT
                        Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendant*