UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | 19 Civ. 4676 (PAE) |

**PLAINTIFFS' NOTICE OF FILING OF CORRECTED EXHIBIT**

Plaintiffs advise the Court that Exhibit 5 to the Declaration of Matthew Colangelo (Dkt. 43-5) was inadvertently docketed without two attachments cited in the exhibit. Attached to this Notice is a complete version of Exhibit 5 with all attachments.

DATED: June 14, 2019    Respectfully submitted,

                LETITIA JAMES
                Attorney General of the State of New York

                By: */s/ Matthew Colangelo*
                Matthew Colangelo
                 *Chief Counsel for Federal Initiatives*
                Office of the New York State Attorney General
                28 Liberty Street
                New York, NY 10005
                Phone: (212) 416-6057
                matthew.colangelo@ag.ny.gov

                Attorney for the Plaintiffs