UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, CITY OF NEW YORK, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF HAWAI'I, STATE OF ILLINOIS, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, COMMONWEALTH OF PENNSYLVANIA, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN, CITY OF CHICAGO, and COOK COUNTY, ILLINOIS,<br><br>     Plaintiffs,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, in his official capacity as Secretary of the United States Department of Health and Human Services; and UNITED STATES OF AMERICA,<br><br>     Defendants. | Case No. 19 Civ. 4676 (PAE)<br><br>**NOTICE OF MOTION TO INTERVENE** |

  PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Proposed Intervenors Dr. Regina Frost and Christian Medical and Dental Associations, and Declarations of Dr. Regina Frost and Dr. David Stevens dated June 25, 2019, Proposed Intervenors will move this Court, before the Honorable Paul A. Engelmayer, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order permitting Dr. Regina Frost and Christian Medical and Dental Associations to intervene in this action as

defendants under Federal Rule of Civil Procedure 24(a), or, alternatively, Federal Rule of Civil Procedure 24(b).

| | |
|---|---|
| Dated: New York, New York<br>June 25, 2019 | Respectfully submitted,<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>/s/ Allyson N. Ho |
| Daniel Blomberg (*pro hac vice forthcoming*)<br>Nicholas Reaves (*pro hac vice forthcoming*)<br>THE BECKET FUND FOR RELIGIOUS LIBERTY<br>1200 New Hampshire Ave. NW, Suite 700<br>Washington, D.C. 20036<br>Telephone: 202.955.0095<br>Facsimile: 202.955.0090 | Allyson N. Ho (*pro hac vice pending*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue, Suite 1100<br>Dallas, Texas 75201<br>Telephone: 214.698.3100<br>Facsimile: 214.571.2900<br><br>Robert E. Dunn (*pro hac vice forthcoming*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1811 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: 650.849.5300<br>Facsimile: 650.849.5333<br><br>Jason H. Hilborn (*pro hac vice forthcoming*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br><br>*Attorneys for Proposed Intervenors*<br>*DR. REGINA FROST* and *CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS* |