# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*<br><br>     Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*, and UNITED STATES OF AMERICA,<br><br>     Defendants. | No. 1:19-cv-04676-PAE<br>(consolidated with 1:19-cv-05433-PAE and 1:19-cv-05435-PAE) |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC. and PLANNED PARENTHOOD OF NORTHERN NEW ENGLAND, INC.,<br><br>     Plaintiffs,<br><br>   v.<br><br>ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROGER SEVERINO, *in his official capacity as Director of the United States Department of Health and Human Services Office for Civil Rights*, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE FOR CIVIL RIGHTS,<br><br>     Defendants. | No. 1:19-cv-05433-PAE<br>(consolidated with 1:19-cv-0476-PAE and 1:19-cv-05435-PAE) |

| | |
|---|---|
| NATIONAL FAMILY PLANNING AND REPRODUCTIVE HEALTH ASSOCIATION and PUBLIC HEALTH SOLUTIONS,<br><br>              Plaintiffs,<br><br>        v.<br><br>ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ROGER SEVERINO, *in his official capacity as Director of the United States Department of Health and Human Services Office for Civil Rights*, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE FOR CIVIL RIGHTS,<br><br>              Defendants. | No. 1:19-cv-05435-PAE<br>(consolidated with 1:19-cv-0476-PAE and 1:19-cv-05433-PAE) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record, please take notice of appearance of the following counsel for Defendants:

    Benjamin T. Takemoto
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 532-4252
    Fax: (202) 616-8460
    Email: benjamin.takemoto@usdoj.gov

Dated: July 8, 2019                                        Respectfully Submitted,

                                                              JOSEPH H. HUNT
                                                              Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director
Civil Division

/s/ *Benjamin T. Takemoto*
REBECCA M. KOPPLIN
(CA Bar # 313970)
BENJAMIN T. TAKEMOTO
(CA Bar # 308075)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4252
Fax: (202) 616-8460
E-mail: benjamin.takemoto@usdoj.gov

*Attorneys for Defendants*