**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | 19 Civ. 4676 (PAE) (lead)<br><br>19 Civ. 5433 (PAE) (consolidated)<br>19 Civ. 5435 (PAE) (consolidated) |

**PLAINTIFFS' NOTICE OF MOTION**
**(Fed. R. Civ. P. 56, Fed. R. Civ. P. 65, and 5 U.S.C. § 705)**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 56, and this Court's July 16, 2019 Order, Dkt. 121, Plaintiffs hereby move the Court for summary judgment with respect to all six claims for relief in Plaintiffs' complaint in this action challenging the Final Rule entitled *Protecting Statutory Conscience Rights in Health Care: Delegations of Authority*, 84 Fed. Reg. 23,170 (May 21, 2019). *See* Compl. ¶¶ 159-201, Dkt. 3.

Plaintiffs request that the Court declare that the Final Rule is in excess of the Department's statutory jurisdiction, authority, or limitations, or short of statutory right within the meaning of 5 U.S.C. § 706(2)(C); declare that the Final Rule is arbitrary, capricious, an abuse of discretion, or not otherwise in accordance with law within the meaning of 5 U.S.C. § 706(2)(A); declare that the Final Rule is unconstitutional in violation of the constitutional separation of powers, and the Spending and Establishment Clauses of the United States Constitution; vacate and set aside the Final Rule; and grant other such relief as this Court may deem proper.

Alternatively, pursuant to Federal Rule of Civil Procedure 65 and this Court's July 16

Order, Plaintiffs hereby move the Court for a preliminary injunction to enjoin Defendants from implementing, applying, or taking any action under the Final Rule in order to preserve the status quo until this case is decided on the merits and final judgment is entered.

Alternatively, pursuant to 5 U.S.C. § 705 and this Court's July 16 Order, Plaintiffs move for a stay postponing the effective date of the Final Rule until this case is decided on the merits and final judgment is entered.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law; the Declaration of Matthew Colangelo dated September 5, 2019; the exhibits attached to that Declaration; the pleadings and papers on file in this action; and any argument and evidence that is presented on the hearing of this motion. In addition, pursuant to this Court's July 16 Order, Plaintiffs rely on:

- The Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, Dkt. 45 (filed June 14, 2019);
- The Declaration of Matthew Colangelo and the exhibits attached to that Declaration, Dkt. 43 (filed June 14, 2019);
- The exhibit to Plaintiffs' Notice of Filing of Corrected Exhibit, Dkt. 44 (filed June 14, 2019);
- The Joint Memorandum of Law in Support of [Provider] Plaintiffs' Motion for Preliminary Injunction, 19 Civ. 5433 (PAE), Dkt. 20 (filed June 17, 2019);
- The Memorandum of Law in Support of [Provider] Plaintiffs' Cross-Motion for Summary Judgment, in Opposition to Defendants' Motion for Summary Judgment, and Reply in Support of Plaintiffs' Motion for Preliminary Injunction, Dkt. __ (filed Sept. 5, 2019).

DATED: September 5, 2019

Respectfully submitted,

LETITIA JAMES
*Attorney General of the State of New York*

By: */s/ Matthew Colangelo*
Matthew Colangelo
*Chief Counsel for Federal Initiatives*
Lisa Landau, *Chief, Health Care Bureau*
Justin Deabler, *Assistant Attorney General*
Amanda Meyer, *Assistant Attorney General*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005
Phone: (212) 416-6057
Matthew.Colangelo@ag.ny.gov

Steven C. Wu
*Deputy Solicitor General*
Ester Murdukhayeva
*Assistant Solicitor General*

*Of Counsel*

*Attorneys for the State of New York*

ZACHARY W. CARTER
*Corporation Counsel of the City of New York*

By: /s/ *Tonya Jenerette*
Tonya Jenerette
Deputy Chief for Strategic Litigation
Cynthia Weaver, Senior Counsel
Otis Comorau, Assistant Corporation Counsel
100 Church Street, 20th Floor
New York, NY 10007
Phone: (212) 356-4055
tjeneret@law.nyc.gov
cweaver@law.nyc.gov
ocomorau@law.nyc.gov

*Attorneys for the City of New York*

PHILIP J. WEISER
*Attorney General of the State of Colorado*

By: /s/ *Jennifer L. Weaver*
Eric R. Olson
Solicitor General
Jennifer L. Weaver
First Assistant Attorney General
W. Eric Kuhn
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6548
eric.olson@coag.gov
jennifer.weaver@coag.gov
eric.kuhn@coag.gov

*Attorneys for the State of Colorado*

WILLIAM TONG
*Attorney General of Connecticut*

By: /s/ *Maura Murphy Osborne*
Maura Murphy Osborne
Assistant Attorney General
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Phone: (860) 808-5020
Maura.MurphyOsborne@ct.gov

*Attorneys for the State of Connecticut*

KATHLEEN JENNINGS
*Attorney General of Delaware*

AARON R. GOLDSTEIN
Chief Deputy Attorney General
ILONA KIRSHON
Deputy State Solicitor

By: /s/ *David J. Lyons*
David J. Lyons
Deputy Attorney General
Delaware Department of Justice
Phone: (302) 577-8413
Fax: (302) 577-6630
david.lyons@state.de.us

*Attorneys for the State of Delaware*

KARL A. RACINE
*Attorney General*
*District of Columbia*

By: /s/ *Valerie M. Nannery*
Valerie M. Nannery
*Assistant Attorney General*
Office of the Attorney General for
the District of Columbia
441 4th Street, N.W., Suite 630 South
Washington, DC 20001
Phone: (202) 442-9596
Fax: (202) 730-1465
valerie.nannery@dc.gov

*Attorneys for the District of Columbia*

CLARE E. CONNORS
*Attorney General of the State of Hawai‘i*

By: /s/ *Diane K. Taira*
Diane K. Taira, Supervising Deputy Attorney General, Health Division
Jill T. Nagamine, Deputy Attorney General
Andrea J. Armitage, Deputy Attorney General
Department of the Attorney General
State of Hawai‘i
425 Queen Street
Honolulu, Hawai‘i 96813
Phone: (808) 587-3050
Fax: (808) 587-3077
Diane.K.Taira@Hawaii.gov
Jill.T.Nagamine@Hawaii.gov
Andrea.J.Armitage@Hawaii.gov

*Attorneys for the State of Hawai‘i*

KWAME RAOUL
*Attorney General of the State of Illinois*

By: /s/ *Sarah Gallo*
Sarah Gallo, Assistant Attorney General
Lauren Barski, Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, IL 60601
Phone: (312) 814-8309
sgallo@atg.state.il.us

*Attorneys for the State of Illinois*

BRIAN E. FROSH
*Attorney General of Maryland*

By: /s/ *Steve M. Sullivan*
Steve M. Sullivan
*Solicitor General*
Kimberly S. Cammarata
Jeffrey P. Dunlap
*Assistant Attorneys General*
200 St. Paul Place
Baltimore, MD 21202
Phone: (410) 576-6325
Fax: (410) 576-6955

*Attorneys for the State of Maryland*

MAURA HEALY
*Attorney General of the Commonwealth of Massachusetts*

By: /s/ *Abigail Taylor*
Abigail Taylor
Jon Burke
Assistant Attorneys General
Civil Rights Division
Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108
Phone: (617) 727-2200
Fax: (617) 727-5762
Abigail.Taylor@mass.gov
Jonathan.Burke@mass.gov

*Attorney for the Commonwealth of Massachusetts*

DANA NESSEL
*Attorney General*
*State of Michigan*

By: /s/ *Fadwa A. Hammoud*
Fadwa A. Hammoud (P74185)
Solicitor General
Toni L. Harris (P63111)
Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30758
Lansing, MI 48909
Phone: (517) 335-7603
HammoudF1@michigan.gov
Harrist19@michigan.gov

*Attorneys for the State of Michigan*

KEITH ELLISON
*Attorney General*
*State of Minnesota*

By: */s/ Scott H. Ikeda*
Scott H. Ikeda
Assistant Attorney General
Atty. Reg. No. 0386771
445 Minnesota Street, Suite 1100
St. Paul, Minnesota 55101-2128
Phone: (651) 757-1385
Fax: (651) 282-5832
scott.ikeda@ag.state.mn.us

*Attorneys for the State of Minnesota*

GURBIR S. GREWAL
*Attorney General*
*State of New Jersey*

By: */s/ Glenn Moramarco*
Glenn Moramarco
*Assistant Attorney General*
Melissa Medoway, *Deputy Attorney General*
Marie Soueid, *Deputy Attorney General*
Deputy Attorneys General
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625
Phone: (609) 376-3232
Glenn.Moramarco@law.njoag.gov
Melissa.Medoway@law.njoag.gov
Marie.Soueid@law.njoag.gov

*Attorneys for the State of New Jersey*

AARON D. FORD
*Attorney General*
*State of Nevada*

By: */s/ Heidi Parry Stern*
Heidi Parry Stern (Bar No. 8873)
Solicitor General
Craig A. Newby (Bar No. 8591)
Deputy Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorneys for the State of Nevada*

HECTOR BALDERAS
*Attorney General of New Mexico*

By: */s/ Tania Maestas*
Tania Maestas
Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, New Mexico 87504-1508
tmaestas@nmag.gov

*Attorneys for the State of New Mexico, by and through Attorney General Hector Balderas*

ELLEN F. ROSENBLUM
*Attorney General of the State of Oregon*

By: /s/ *Brian A. de Haan*
Brian A. de Haan (NY Bar #4565396)
Elleanor H. Chin (OR#061484)
Senior Assistant Attorneys General
Oregon Department of Justice
1162 Court Street NE
Salem Oregon 97301
Phone: (503) 947-4700
elleanor.chin@doj.state.or.us

*Attorneys for the State of Oregon*

JOSH SHAPIRO
*Attorney General of the Commonwealth of Pennsylvania*

By: /s/ *Aimee D. Thomson*
Aimee D. Thomson (NY Bar #5404348)
  Deputy Attorney General, Impact Litigation
  Section
Nikole Brock
  Deputy Attorney General, Health Care
  Section
Pennsylvania Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
Phone: (267) 940-6696
athomson@attorneygeneral.gov

*Attorneys for the Commonwealth of Pennsylvania*

PETER F. NERONHA
*Attorney General of the State of Rhode Island*

By: /s/ *Michael W. Field*
Michael W. Field
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
Phone: (401) 274-4400, ext. 2380
mfield@riag.ri.gov

*Attorneys for the State of Rhode Island*

THOMAS J. DONOVAN, JR.
*Attorney General of the State of Vermont*

By: /s/ *Eleanor Spottswood*
Eleanor Spottswood
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
Phone: (802) 828-3178
eleanor.spottswood@vermont.gov

*Attorneys for the State of Vermont*

MARK R. HERRING
*Attorney General of the Commonwealth of Virginia*

By: /s/ *Toby J. Heytens*
Toby J. Heytens
Solicitor General
Matthew R. McGuire
Principal Deputy Solicitor General
Michelle S. Kallen
Deputy Solicitor General
Brittany M. Jones
John Marshall Fellow
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Phone: (804) 786-7240
solicitorgeneral@oag.state.va.us

*Attorneys for the Commonwealth of Virginia*

JOSHUA L. KAUL
*Attorney General*
*State of Wisconsin*

By: /s/ *Maura FJ Whelan*
Maura FJ Whelan
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Phone: (608) 266-3859
whelanmf@doj.state.wi.us

*Attorneys for State of Wisconsin*

MARK A. FLESSNER
*Corporation Counsel of the City of Chicago*

By: /s/ *Stephen Kane*
Stephen Kane, Acting Deputy
Rebecca Hirsch, Assistant Corporation Counsel
Affirmative Litigation Division
City of Chicago Department of Law
121 N. LaSalle Street, Room 600
Chicago, IL 60602
Phone: (312) 744-8143
Rebecca.hirsch2@cityofchicago.org

*Attorneys for the City of Chicago*

KIMBERLY M. FOXX
*Cook County Illinois State's Attorney*

By: /s/ *Kimberly M. Foxx*
Kimberly M. Foxx, Cook County State's Attorney
Amy Crawford, Assistant State's Attorney
Deputy Bureau Chief – Civil Actions Bureau
Jessica M. Scheller, Assistant State's Attorney
Division Chief; Advice, Business & Complex Litigation – Civil Actions Bureau
500 W. Richard J. Daley Center Place, Suite 500
Chicago, IL 60602
Phone: (312) 603-3116
Phone: (312) 603-6934
Amy.Crawford@cookcountyil.gov
Jessica.Scheller@cookcountyil.gov

*Attorneys for Cook County, Illinois*