Exhibit 135-A

## <u>INDEX TO THE ADMINISTRATIVE RECORD</u>

Final Rule: Protecting Statutory Conscience Rights in Health Care; Delegations of Authority

84 Fed. Reg. 23,170 (Mar. 21, 2019)

| Bates Number | Description |
|---|---|
| 000000001 - 000185296 | Public comments submitted in response to 2018 NPRM, Protecting Statutory Conscience Rights in Health Care; Delegations of Authority (Proposed Rule), 83 Fed. Reg. 3,880 (Jan. 26, 2018) |
| 000185297 - 000185308 | 2008 NPRM, Ensuring that Department of Health and Human Service Funds Do Not Support Coercive or Discriminatory Policies or Practices in Violation of Federal Law (Proposed Rule), 73 Fed. Reg. 50,274 (Aug. 26, 2008) |
| 000185309 - 000198372 | Public comments submitted in response to 2008 NPRM, Ensuring that Department of Health and Human Service Funds Do Not Support Coercive or Discriminatory Policies or Practices in Violation of Federal Law (Proposed Rule), 73 Fed. Reg. 50,274 (Aug. 26, 2008) |
| 000198373 - 000198403 | 2008 Final Rule, Ensuring That Department of Health and Human Services Funds Do Not Support Coercive or Discriminatory Policies or Practices in Violation of Federal Law (Final Rule), 73 Fed. Reg. 78,072 (Dec. 19, 2008) |
| 000198404 - 000198408 | 2009 NPRM, Rescission of the Regulation Entitled "Ensuring That Department of Health and Human Services Funds Do Not Support Coercive or Discriminatory Policies or Practices in Violation of Federal Law"; Proposal (Proposed Rule), 74 Fed. Reg. 10,207 (March 10, 2009) |
| 000198409 – 000537538 | Public comments submitted in response to 2009 NPRM, Rescission of the Regulation Entitled "Ensuring That Department of Health and Human Services Funds Do Not Support Coercive or Discriminatory Policies or Practices in Violation of Federal Law"; Proposal (Proposed Rule), 74 Fed. Reg. 10,207 (March 10, 2009) |
| 000537539 – 000537548 | 2011 Final Rule, Regulation for the Enforcement of Federal Health Care Provider Conscience Protection Laws (Final Rule), 76 Fed. Reg. 9,968 (Feb. 23, 2011) |
| 000537549 - 000537560 | Armand H. Matheny Antommaria, *Adjudicating rights or analyzing interests: ethicists' role in the debate over conscience in clinical practice*, Theor. Med. Bioeth. 29:201-212 (2008) |
| 000537561 - 000537562 | Letter from Members of Congress to Sylvia M. Burwell, Secretary of Health and Human Services, and Jocelyn Samuels, Director of the Office for Civil Rights (June 28, 2016) |
| 000537563 - 000537577 | Lisa H. Harris *et al.*, *Obstetrician-Gynecologists' Objections to an Willingness to Help Patients Obtain and Abortion*, Obstet. Gynecol. 118(4): 905-912 (October 2011) |
| 000537578 - 000537579 | Letter from Michael O. Leavitt, Secretary of Health and Human Services, to Norman F. Gant, Executive Director of the American Board of Obstetrics and Gynecology (Mar. 13, 2008) |
| 000537580 - 000537593 | Peter A. Clark, *Medical Ethics at Guantanamo Bay and Abu Ghraib, the Problem of Dual Loyalty*, 34 J.L. Med. & Ethics 570 (Fall 2006) |
| 000537594 - 000537602 | Letter from Members of Congress to Sylvia Mathews  Burwell, Secretary of Health and Human Services (Nov. 25, 2014) |
| 000537603 – 000537608 | Letter from Members of Congress to Kathleen Sebelius, Secretary of Health and Human Services (Feb. 11, 2011) |
| 000537609 - 000537613 | Freedom2Care and The Christian Medical Association, Summary of Polling Data |

| Bates Number | Description |
|---|---|
| 000537614 - 000537744 | William W. Bassett, *Private Religious Hospitals: Limitation Upon Autonomous Moral Choices in Reproductive Medicine*, J. Contemp. H. L. & Policy 17: 455-583 (2001) |
| 000537745 - 000537752 | List of 343 Conscience Complaints OCR Received in FY 2018 |
| 000537753 - 000537755 | Census Statistics of U.S. Businesses Data |
| 000537756 - 000537757 | 2010 Census Geographic Entity Tallies by State and Type |
| 000537758 - 000537801 | FY 2016 HHS Awards to Junior Colleges, Colleges, and Universities |
| 000537802 - 000537806 | FY 2017 HHS Awards from PEPFAR Implementing Agencies to Foreign Nonprofits, Foreign Governments, and International Organizations |
| 000537807 - 000537820 | FY 2017 HHS Awards to Counties |
| 000537821 - 000537828 | FY 2017 HHS Awards to the State of California, Pivot Table |
| 000537829 - 000537872 | FY 2020, HHS OCR, Justification of Estimates for Appropriations Committees |
| 000537873 | HHS Table Supporting Regulatory Impact Analysis |
| 000537874 | Form HHS-690, Civil Rights Assurance of Compliance |
| 000537875 | Form SF-424B – R&R, Federal Agency Form Instructions |
| 000537876 - 000537877 | Form SF-424B |
| 000537878 - 000537879 | Financial Assistance General Certifications and Representations - Test from Grants.Gov Staff |
| 000537880 - 000537891 | Christian Medical Association, Memorandum to Office of Public Health and Science Department of Health and Human Services (Apr. 9, 2009) |
| 000537892 - 000537893 | Douglas B. White & Baruch Brody, *Would Accommodating Some Conscientious Objections by Physicians Promote Quality in Medical Care?*, JAMA, Vol. 305, No. 17 (May 4, 2011) |
| 000537894 - 000537900 | Josh Hyatt, *Recognizing Moral Disengagement and Its Impact on Patient Safety*, J. of Nursing Reg., Vol. 7, Issue 4 (Jan. 2017) |
| 000537901 - 000537923 | Joan McCarthy & Chris Gastmans, *Moral distress: A review of the argument-based nursing ethics literature*, Nursing Ethics, Vol. 22(I), 131-152 (2015) |
| 000537924 - 000537931 | Farr A. Curlin, *et al.*, Religion, Conscience, and Controversial Clinic Practice, N. Engl. J. Med., 356:593-600 (2017) |
| 000537932 - 000537951 | Lynn Stout, Cultivating Conscience: How Good Laws Make Good People, Chapter 1 |
| 000537952 - 000537996 | Kevin H. Theriot & Ken Connelly, *Free to Do No Harm: Conscience Protections for Healthcare Professionals*, 49 Ariz. State L. J. 549 (Summer 2017) |
| 000537997 - 000537999 | Letter from George Washington to the Society of Quakers (Oct. 13, 1789) |

| Bates Number | Description |
|---|---|
| 000538000 - 000538014 | *United States v. Seeger*, 380 U.S. (1965) |
| 000538015 - 000538028 | Christy Mallory & Brad Sears, *Evidence of Discrimination in Public Accommodations Based on Sexual Orientation and Gender Identity: An Analysis of Complaints Filed with State Enforcement Agencies, 2008-2014*, The Williams Institute (Feb. 2016) |
| 000538029 - 000538045 | Christy A. Rentmeester, *Moral Damage to Health Care Professionals and Trainees: Legalism and Other Consequences for Patients and Colleagues, Journal of Medicine and Philosophy*, J. Med. & Philosophy, 33: 27-43 (2008) |
| 000538046 - 000538051 | Kathleen M. Morrell and Wendy Chavkin, *Conscientious Objection to Abortion and Reproductive Healthcare: A Review of Recent Literature and Implications for Adolescents*, Curr. Opin. Obstet. Gynecol. 27:333-338 (2015) |
| 000538052 - 000538075 | Emmanuel Scheppers, *et al.*, Potential Barriers to the Use of Health Services Among Ethnic Minorities: A Review, Family Practice 23: 325-348 (2006) |
| 000538076 - 000538504 | James Madison, *The Writings of James Madison*, ed. Gallard Hunt Vol. 2 (1901) |
| 000538505 - 000538552 | Human Rights Watch, *"All We Want is Equality" Religious Exemptions and Discrimination against LGBT People in the United States* (2018) |
| 000538553 - 000538637 | Letter from Lawrence J. Joseph on behalf of the American Association of Pro-Life Obstetricians and Gynecologists to the Department of Health & Human Services Office of Public Health & Science (April 9, 2009) |
| 000538638 - 000538666 | Christopher C. Lund, *Religion is Special Enough*, 103 Va. L. Rev. 481 (May 2017) |
| 000538667 | James Madison, Property, The Founders' Constitution, Vol. 1, Ch. 16, Doc. 23 |
| 000538670 – 000538674 | Michael P. Combs *et al.*, *Conscientious refusal to refer: findings from a national physician survey*, J. Med. Ethics 37:397-401 (2011) |
| 000538675 - 000538708 | *Conscientious objection to the provision of reproductive health care*, Ed. Wendy Chavkin, Supp. to Int'l J. Gynecology & Obstetrics 123 Supp. 3 |
| 000538709 - 000538727 | Stephen J. Genuis and Chris Lipp, Review Article: *Ethical Diversity and the Role of Conscience in Clinical Medicine*, Int'l J. Family Medicine (2013) |
| 000538728 - 000538732 | Letter from Reverent Dennis H. Holtschneider, Executive Vice President and Chief Operations Officer of Ascension to Alex M. Azar II, Secretary of Health and Human Services (March 27, 2018) |
| 000538733 - 000538740 | Fariba Borhani *et al.*, *The relationship between moral distress, professional stress, and intent to stay in nursing profession*, J. Med. Ethics & History of Med. 7:4 (2014) |
| 000538741 - 000538764 | Matthew S. Bowman and Christopher P. Schandevel, *The Harmony between Professional Conscience Rights and Patients' Right of Access*, 6 Phoenix L. Rev. 31 (Fall 2012) |
| 000538765 - 000538788 | Kathleen A. Brady, *The Disappearance of Religion from Debates about Religious Accommodation*, 20 Lewis & Clark L. Rev. 1093 (2017) |
| 000538789 - 000538791 | Letter from Sr. Carol Keehan, President and CEO of the Catholic Health Association of the United States to Department of Health and Human Services (March 27, 2018) |

| Bates Number | Description |
|---|---|
| 000538792 - 000538810 | Fallon Chipidza *et al.*, *Impact of the Doctor-Patient Relationship*, Prim. Care Companion CNS Discord. 2015; 17(5) |
| 000538811 - 000538815 | Freedom2Care and The Christian Medical Association, Summary of Polling Data |
| 000538816 - 000538821 | Ezekiel Emmanuel *et al.*, *Euthanasia and Physician-Assisted Suicide: attitudes and experiences of oncology patients, oncologists, and the public*, The Lancet 347, 9018 (Jun. 29, 1996) |
| 000538822 - 000539068 | Department of Health and Human Services, Fiscal Year 2018, Administration for Community Living: Justification of Estimates for Appropriations Committees |
| 000539069 | Estimated Cost for Reporting Notices of Violation per Firm – Required by 88.6d |
| 000539070 - 000539402 | Department of Health and Human Services, Fiscal Year 2018, Centers for Disease Control and Prevention: Justification of Estimates for Appropriations Committees |
| 000539403 - 000539748 | Department of Health and Human Services, Fiscal Year 2018, Centers for Medicare & Medicaid Services: Justification of Estimates for Appropriations Committees |
| 000539749 - 000540125 | Department of Health and Human Services, Fiscal Year 2018, Administration for Children and Families: Justification of Estimates for Appropriations Committees |
| 000540126 - 000540128 | Centers for Disease Control and Prevention, Global Health Funding Webpage, viewed 2017 |
| 000540129 - 000540130 | Analysis of Firms and Establishments Impacted by Voluntary Notice Provision at 88.5 |
| 000540131 - 000540140 | Final Rule Assumptions and Calculations for Regulatory Impact Analysis |
| 000540141 - 000540155 | Buildings HHS_Report_10302018 |
| 000540156 - 000540172 | Executive Office of the President, Office of Management and Budget, M-17-21, Memorandum for Regulatory Policy Officers at Executive Departments and Agencies and Managing and Executive Directors of Certain Agencies and Commissions on EO 13771 (April 5, 2017) |
| 000540173 - 000540321 | Department of Health and Human Services, Fiscal Year 2018, National Institutes of Health: Justification of Estimates for Appropriations Committees |
| 000540322 - 000540672 | Department of Health and Human Services, Fiscal Year 2018, Health Resources and Services Administration: Justification of Estimates for Appropriations Committees |
| 000540673 - 000540919 | Department of Health and Human Services, Fiscal Year 2018, Administration for Community Living: Justification of Estimates for Appropriations Committees |
| 000540920 - 000541227 | Department of Health and Human Services, Fiscal Year 2018, Substance Abuse and Mental Health Services Administration: Justification of Estimates for Appropriations Committees |

Index to Conscience Rule Administrative Record

| Bates Number | Description |
|---|---|
| 000541228 - 000541233 | Notes and materials from February 15, 2019 listening session with the California Attorney General, Oregon Attorney General, California Department of Health and Human Services, and California Department of Healthcare Services |
| 000541234 - 000541240 | Notes and materials from February 19, 2019 listening session with the National Women's Law Center |
| 000541241 - 000541296 | Notes and materials from February 22, 2019 listening session with the National Center for Transgender Equality |
| 000541297 - 000541301 | Notes and materials from February 25, 2019 listening session with Lambda Legal |
| 000541302 - 000541307 | Notes and materials from February 28, 2019 listening session with the Center for Reproductive Rights |
| 000541308 - 000541314 | Notes and materials from March 5, 2019 listening session with Americans United for Separation of Church and State |
| 000541315 - 000541538 | Notes and materials from March 7, 2019 listening session with the American Association of Pro-Life Obstetricians & Gynecologists |
| 000541539 - 000541545 | Notes and materials from March 7, 2019 listening session with the National Council of Jewish Women, Inc. |
| 000541546 - 000541550 | Notes and materials from March 11, 2019 listening session with the Human Rights Campaign |
| 000541551 - 000541557 | Notes and materials from March 12, 2019 listening session with the National Center for Lesbian Rights |
| 000541558 - 000541560 | Notes and materials from March 13, 2019 listening session with the Concerned Women for America Legislative Action Committee |
| 000541561 - 000541565 | Letter from the Anti-Defamation League to the Department of Health and Human Services Office for Civil Rights (March 26, 2018) |
| 000541566 - 000541570 | Notes and materials from March 20, 2019 listening session with the American Civil Liberties Union |
| 000541571 - 000541575 | Notes and materials from April 8, 2019 listening session with the American Psychological Association |
| 000541576 - 000541580 | Notes and materials from April 10, 2019 listening session with the Alliance Defending Freedom |
| 000541581 - 000541585 | Notes and materials from April 11, 2019 listening session with Americans United for Life |
| 000541586 - 000541589 | Notes and materials from April 23, 2019 listening session with the NYC Mayor's office and Law Department |
| 000541590 - 000541632 | Notes and materials from April 30, 2019 listening session with the National Catholic Bioethics Center / Catholic Medical Association |
| 000541633 - 000541634 | Notes and materials from April 30, 2019 listening session with NYU Law School |
| 000541635 - 000541642 | Transcript of FedSoc Teleforum Conference Call with Roger Severino (Feb. 13, 2018) |
| 000541643 - 000541745 | 2019 Final Rule, Protecting Statutory Conscience Rights in Health Care; Delegations of Authority (Final Rule), 84 Fed. Reg. 23,170 (May 21, 2019) |

| Bates Number | Description |
|---|---|
| 000541746 – 000541797 | 2018 NPRM, Protecting Statutory Conscience Rights in Health Care; Delegations of Authority (Proposed Rule), 83 Fed. Reg. 3,880 (Jan. 26, 2018) |
| 000541798 - 000541995 | Complaint records referenced in 2018 NPRM, Protecting Statutory Conscience Rights in Health Care; Delegations of Authority (Proposed Rule), 83 Fed. Reg. 3,880 (Jan. 26, 2018) |
| 000541996 - 000542016 | Complaint records referenced in the 2019 Final Rule, Protecting Statutory Conscience Rights in Health Care; Delegations of Authority (Final Rule), 84 Fed. Reg. 23,170 (May 21, 2019) |
| 000542017 - 000545608 | 343 Complaints referenced in the 2019 Final Rule, Protecting Statutory Conscience Rights in Health Care; Delegations of Authority (Final Rule), 84 Fed. Reg. 23,170 (May 21, 2019), as listed at 000537745 – 000537752. |
| 000545609 - 000546163 | Additional Complaint records referenced in 2018 NPRM, Protecting Statutory Conscience Rights in Health Care; Delegations of Authority (Proposed Rule), 83 Fed. Reg. 3,880 (Jan. 26, 2018) |