# Exhibit 135-F

## Anti-Vaccination Complaints Filed After November 2016 Election

| Count | Date of Complaint | OCR Complaint ID | Bates No. of Complaint | Bates No. of Related Documents |
|---|---|---|---|---|
| 1 | 4/12/2017 | 18-289810 | 000542217 | 000542219 000542221 |
| 2 | 7/2/2017 | 17-277069 | 000546049 | 000546088 |
| 3 | 7/14/2017 | 17-276010 | 000546040 | 000546048 |
| 4 | 11/20/2017 | 18-290543 | 000542223 | |
| 5 | 12/5/2017 | 18-289617 | 000546091 | 000546099 000546100 000546102 |
| 6 | 1/15/2018 | 18-293929 | 000542533 | 000542532 000542534 |
| 7 | 1/18/2018 | 18-293612 | 000542396 | 000542404 |
| 8 | 1/18/2018 | 18-293621 | 000545439 | |
| 9 | 1/19/2018 | 18-293651 | 000542405 | 000542413 |
| 10 | 1/19/2018 | 18-293713 | 000542431 | 000542439 |
| 11 | 1/19/2018 | 18-293763 | 000542440 | 000542448 |
| 12 | 1/20/2018 | 18-293790 | 000542458 | 000542466 |
| 13 | 1/20/2018 | 18-293820 | 000542467 | 000542475 |
| 14 | 1/21/2018 | 18-293834 | 000542476 | 000542484 |
| 15 | 1/21/2018 | 18-293839 | 000542485 | 000542493 |
| 16 | 1/21/2018 | 18-293847 | 000542494 | 000542502 |
| 17 | 1/21/2018 | 18-293857 | 000542503 | 000542511 |
| 18 | 1/21/2018 | 18-293863 | 000542513 | 000542521 |
| 19 | 1/22/2018 | 18-293925 | 000542522 | 000542530 |
| 20 | 1/22/2018 | 18-293935 | 000542535 | 000542543 |
| 21 | 1/22/2018 | 18-293954 | 000542544 | 000542552 |
| 22 | 1/22/2018 | 18-293966 | 000542553 | 000542561 |
| 23 | 1/22/2018 | 18-293974 | 000542562 | 000542570 |
| 24 | 1/22/2018 | 18-293976 | 000542571 | 000542579 |
| 25 | 1/22/2018 | 18-293989 | 000542580 | 000542588 |
| 26 | 1/23/2018 | 18-294002 | 000542589 | 000542597 |
| 27 | 1/23/2018 | 18-294017 | 000542598 | 000542606 |
| 28 | 1/23/2018 | 18-294057 | 000542616 | 000542624 000542626 |
| 29 | 1/23/2018 | 18-294065 | 000542649 | 000542657 |
| 30 | 1/24/2018 | 18-294138 | 000542667 | 000542675 |
| 31 | 1/24/2018 | 18-294142 | 000545416 | 000545424 |
| 32 | 1/24/2018 | 18-294145 | 000542685 | 000542693 |
| 33 | 1/24/2018 | 18-294148 | 000542694 | 000542702 |
| 34 | 1/24/2018 | 18-294154 | 000542703 | 000542711 |
| 35 | 1/24/2018 | 18-294191 | 000542712 | 000542720 |
| 36 | 1/24/2018 | 18-294197 | 000542721 | 000542729 |
| 37 | 1/24/2018 | 18-294203 | 000542730 | 000542738 |
| 38 | 1/24/2018 | 18-294211 | 000542739 | 000542747 |

| 39 | 1/24/2018 | 18-294212 | 000542748 | 000542756 |
|----|-----------|-----------|-----------|-----------|
| 40 | 1/24/2018 | 18-294216 | 000542757 | 000542765 |
| 41 | 1/24/2018 | 18-294228 | 000542766 | 000542774 |
| 42 | 1/24/2018 | 18-294250 | 000542775 | 000542783 |
| 43 | 1/24/2018 | 18-294257 | 000542784 | 000542792 |
| 44 | 1/24/2018 | 18-294264 | 000542793 | 000542801 |
| 45 | 1/25/2018 | 18-294268 | 000542802 | 000542810 |
| 46 | 1/25/2018 | 18-294274 | 000542811 | 000542819 |
| 47 | 1/25/2018 | 18-294275 | 000542820 | 000542828 |
| 48 | 1/25/2018 | 18-294276 | 000542829 | 000542837 |
| 49 | 1/25/2018 | 18-294299 | 000542838 | 000542846 |
| 50 | 1/25/2018 | 18-294305 | 000542847 | 000542855 |
| 51 | 1/25/2018 | 18-294328 | 000542856 | 000542864 |
| 52 | 1/25/2018 | 18-294329 | 000542865 | 000542873 |
| 53 | 1/25/2018 | 18-294331 | 000542874 | 000542882 |
| 54 | 1/25/2018 | 18-294335 | 000542884 | 000542892 |
| 55 | 1/25/2018 | 18-294350 | 000542893 | 000542901 |
| 56 | 1/25/2018 | 18-294372 | 000542902 | 000542910 000542911 000542913 000542915 |
| 57 | 1/25/2018 | 18-294378 | 000542917 | |
| 58 | 1/25/2018 | 18-294390 | 000542925 | 000542933 |
| 59 | 1/25/2018 | 18-294399 | 000542934 | 000542942 |
| 60 | 1/25/2018 | 18-294401 | 000542943 | 000542951 |
| 61 | 1/25/2018 | 18-294403 | 000542952 | 000542960 |
| 62 | 1/25/2018 | 18-294406 | 000542961 | 000542969 |
| 63 | 1/25/2018 | 18-294408 | 000542970 | 000542978 |
| 64 | 1/25/2018 | 18-294419 | 000542979 | 000542987 |
| 65 | 1/25/2018 | 18-294420 | 000542988 | 000542996 |
| 66 | 1/25/2018 | 18-294423 | 000542997 | 000543005 |
| 67 | 1/25/2018 | 18-294433 | 000543006 | 000543014 |
| 68 | 1/25/2018 | 18-294434 | 000543016 | 000543024 |
| 69 | 1/25/2018 | 18-294436 | 000543025 | 000543033 |
| 70 | 1/25/2018 | 18-294437 | 000543035 | 000543043 |
| 71 | 1/25/2018 | 18-294441 | 000543044 | 000543052 |
| 72 | 1/25/2018 | 18-294446 | 000543054 | 000543062 |
| 73 | 1/25/2018 | 18-294447 | 000543063 | 000543071 |
| 74 | 1/25/2018 | 18-294449 | 000543072 | 000543080 |
| 75 | 1/25/2018 | 18-294457 | 000543091 | 000543099 |
| 76 | 1/26/2018 | 18-294460 | 000543100 | 000543108 |
| 77 | 1/26/2018 | 18-294461 | 000543110 | 000543118 |
| 78 | 1/26/2018 | 18-294462 | 000543119 | 000543127 |
| 79 | 1/26/2018 | 18-294463 | 000543129 | 000543137 |
| 80 | 1/26/2018 | 18-294465 | 000543139 | 000543147 |

| | | | | 000543156 |
| | | | | 000543157 |
| 81 | 1/26/2018 | 18-294466 | 000543148 | 000543158 |
| 82 | 1/26/2018 | 18-294469 | 000543159 | 000543167 |
| 83 | 1/26/2018 | 18-294470 | 000543168 | 000543176 |
| 84 | 1/26/2018 | 18-294474 | 000543177 | 000543185 |
| 85 | 1/26/2018 | 18-294477 | 000543186 | 000543194 |
| 86 | 1/26/2018 | 18-294509 | 000543195 | 000543203 |
| 87 | 1/26/2018 | 18-294515 | 000543204 | 000543212 |
| 88 | 1/26/2018 | 18-294516 | 000543213 | 000543221 |
| 89 | 1/26/2018 | 18-294518 | 000543222 | 000543230 |
| 90 | 1/26/2018 | 18-294528 | 000543231 | 000543239 |
| 91 | 1/26/2018 | 18-294529 | 000543240 | 000543248 |
| 92 | 1/26/2018 | 18-294531 | 000543250 | 000543258 |
| 93 | 1/26/2018 | 18-294540 | 000543259 | 000543267 |
| 94 | 1/26/2018 | 18-294567 | 000543268 | 000543276 |
| 95 | 1/26/2018 | 18-294570 | 000543277 | 000543285 |
| | | | | 000543294 |
| | | | | 000543295 |
| | | | | 000543296 |
| | | | | 000543298 |
| | | | | 000543301 |
| | | | | 000543306 |
| | | | | 000543314 |
| | | | | 000543315 |
| 96 | 1/26/2018 | 18-294574 | 000543286 | 000543317 |
| 97 | 1/26/2018 | 18-294587 | 000543323 | 000543331 |
| 98 | 1/26/2018 | 18-294596 | 000543332 | 000543340 |
| 99 | 1/26/2018 | 18-294600 | 000543342 | 000543350 |
| 100 | 1/27/2018 | 18-294608 | 000543351 | 000543359 |
| 101 | 1/27/2018 | 18-294609 | 000543361 | 000543369 |
| 102 | 1/27/2018 | 18-294610 | 000543370 | 000543378 |
| 103 | 1/27/2018 | 18-294611 | 000543379 | 000543387 |
| 104 | 1/27/2018 | 18-294612 | 000543388 | 000543396 |
| 105 | 1/28/2018 | 18-294630 | 000543397 | 000543405 |
| 106 | 1/28/2018 | 18-294633 | 000543406 | 000543414 |
| | | | | 000543423 |
| 107 | 1/28/2018 | 18-294634 | 000543415 | 000543424 |
| | | | | 000543435 |
| 108 | 1/28/2018 | 18-294658 | 000543427 | 000543436 |
| 109 | 1/28/2018 | 18-294668 | 000543438 | 000543446 |
| 110 | 1/28/2018 | 18-294674 | 000543447 | 000543455 |
| 111 | 1/28/2018 | 18-294675 | 000543456 | 000543464 |
| 112 | 1/28/2018 | 18-294676 | 000543465 | 000543473 |
| 113 | 1/29/2018 | 18-294701 | 000543474 | 000543482 |
| 114 | 1/29/2018 | 18-294704 | 000543483 | 000543491 |
| 115 | 1/29/2018 | 18-294713 | 000543492 | 000543500 |

| 116 | 1/29/2018 | 18-294782 | 000543501 | 000543509 |
|-----|-----------|-----------|-----------|-----------|
| 117 | 1/30/2018 | 18-294795 | 000543510 | 000543518 |
| 118 | 1/30/2018 | 18-294881 | 000549933 | 000545396 |
| 119 | 1/30/2018 | 18-294884 | 000545397 | 000545405 |
| 120 | 1/30/2018 | 18-294917 | 000543529 | 000543537 |
| 121 | 1/30/2018 | 18-294931 | 000543538 | 000543546 |
| 122 | 1/30/2018 | 18-294933 | 000543547 | 000543555 |
| 123 | 1/30/2018 | 18-294935 | 000543556 | 000543564 |
| 124 | 1/30/2018 | 18-294936 | 000543565 | 000543573 |
| 125 | 1/30/2018 | 18-294939 | 000543574 | 000543582 |
| 126 | 1/30/2018 | 18-295802 | 000543690 |           |
| 127 | 1/31/2018 | 18-294947 | 000543583 | 000543591 |
| 128 | 1/31/2018 | 18-295021 | 000545387 | 000545395 |
| 129 | 1/31/2018 | 18-295084 | 000543592 | 000543600 |
| 130 | 1/31/2018 | 18-295094 | 000543601 | 000543609 |
| 131 | 2/1/2018  | 18-295101 | 000543610 | 000543618 |
| 132 | 2/1/2018  | 18-295181 | 000545378 | 000545386 |
| 133 | 2/1/2018  | 18-295207 | 000545369 | 000545377 |
| 134 | 2/2/2018  | 18-295220 | 000543619 | 000543627 |
| 135 | 2/2/2018  | 18-295221 | 000543628 | 000543636 |
| 136 | 2/2/2018  | 18-295351 | 000545351 | 000545359 |
| 137 | 2/2/2018  | 18-295352 | 000545360 | 000545368 |
| 138 | 2/3/2018  | 18-295386 | 000545333 | 000545341 |
| 139 | 2/3/2018  | 18-295387 | 000545342 | 000545350 |
| 140 | 2/3/2018  | 18-295389 | 000543637 | 000543645 |
| 141 | 2/6/2018  | 18-295402 | 000543646 | 000543654 |
| 142 | 2/6/2018  | 18-295643 | 000543681 | 000543689 |
| 143 | 2/6/2018  | 18-295804 | 000545330 |           |
| 144 | 2/7/2018  | 18-295820 | 000543692 | 000543700 |
| 145 | 2/8/2018  | 18-295619 | 000543672 | 000543680 |
| 146 | 2/8/2018  | 18-295840 | 000543702 | 000543710 |
| 147 | 2/10/2018 | 18-296124 | 000545312 | 000545320 |
| 148 | 2/10/2018 | 18-296126 | 000543711 | 000543719 |
| 149 | 2/10/2018 | 18-296136 | 000545321 | 000545329 |
| 150 | 2/12/2018 | 18-295438 | 000543656 | 000543655 000543664 |
| 151 | 2/12/2018 | 18-296347 | 000543731 | 000543739 |
| 152 | 2/12/2018 | 18-297802 | 000544053 |           |
| 153 | 2/14/2018 | 18-296546 | 000543749 | 000543757 |
| 154 | 2/14/2018 | 18-296571 | 000545451 | 000545459 |
| 155 | 2/15/2018 | 18-296627 | 000543758 | 000543766 |
| 156 | 2/15/2018 | 18-296632 | 000543767 | 000543775 |
| 157 | 2/15/2018 | 18-296633 | 000543776 | 00543784  |
| 158 | 2/15/2018 | 18-296636 | 000543785 | 000543793 |
| 159 | 2/15/2018 | 18-296637 | 000543794 | 000543802 |
| 160 | 2/15/2018 | 18-296638 | 000543803 | 000543811 |
| 161 | 2/15/2018 | 18-296644 | 000543812 | 000543820 |

| 162 | 2/15/2018 | 18-296646 | 000545532 | 000545540 |
|---|---|---|---|---|
| 163 | 2/15/2018 | 18-296673 | 000543821 | 000543829<br>000543831 |
| 164 | 2/15/2018 | 18-296674 | 000543832 | 000543840<br>000543842 |
| 165 | 2/15/2018 | 18-296691 | 000543843 | 000543851 |
| 166 | 2/16/2018 | 18-296709 | 000545245 | 000545253<br>000545291<br>000549932 |
| 167 | 2/16/2018 | 18-296724 | 000543852 | 000543860 |
| 168 | 2/16/2018 | 18-296728 | 000543861 | 000543869 |
| 169 | 2/16/2018 | 18-296731 | 000543870 | 000543878 |
| 170 | 2/16/2018 | 18-296735 | 000543883 | 000543891 |
| 171 | 2/16/2018 | 18-296754 | 000543892 | 000549905 |
| 172 | 2/16/2018 | 18-296761 | 000545523 | 000545531 |
| 173 | 2/16/2018 | 18-296773 | 000543900 | 000543908 |
| 174 | 2/16/2018 | 18-296835 | 000543927 | 000543935 |
| 175 | 2/16/2018 | 18-296836 | 000545218 | 000545226<br>000545227<br>000545235 |
| 176 | 2/18/2018 | 18-296887 | 000549906 | 000543936<br>000543937 |
| 177 | 2/20/2018 | 18-297136 | 000543938 | 000543946 |
| 178 | 2/21/2018 | 18-297161 | 000543947 | 000543955 |
| 179 | 2/21/2018 | 18-297213 | 000543961 | 000543969 |
| 180 | 2/21/2018 | 18-297287 | 000545514 | 000545522 |
| 181 | 2/23/2018 | 18-297429 | 000543970 | 000543978 |
| 182 | 2/23/2018 | 18-297463 | 000543979 | 000543987 |
| 183 | 2/24/2018 | 18-297580 | 000543989 | 000543988<br>000543997 |
| 184 | 2/24/2018 | 18-297582 | 000543998 | 000544006<br>000544007 |
| 185 | 2/25/2018 | 18-297593 | 000544008 | 000544016 |
| 186 | 2/25/2018 | 18-297605 | 000544017 | 000544025 |
| 187 | 2/25/2018 | 18-297714 | 000544026 | 000544034 |
| 188 | 2/25/2018 | 18-298020 | 000544158 | |
| 189 | 2/26/2018 | 18-297764 | 000545505 | 000545513 |
| 190 | 2/27/2018 | 18-297798 | 000544044 | 000544052 |
| 191 | 2/27/2018 | 18-297945 | 000545496 | 000545504 |
| 192 | 2/27/2018 | 18-297946 | 000545487 | 000545495 |
| 193 | 2/28/2018 | 18-297979 | 000544149 | 000544157 |
| 194 | 3/2/2018 | 18-298297 | 000545478 | 000545486 |
| 195 | 3/4/2018 | 18-298344 | 000544161 | 000544169 |
| 196 | 3/5/2018 | 18-298379 | 000544179 | 000544187 |
| 197 | 3/6/2018 | 18-298639 | 000544208 | 000544216 |
| 198 | 3/8/2018 | 18-298850 | 000544226 | 000544234 |

| | | | | |
|---|---|---|---|---|
| | | | | 000545433 |
| | | | | 000545437 |
| 199 | 3/9/2018 | 18-298957 | 000545425 | 000545438 |
| 200 | 3/11/2018 | 18-299109 | 000544244 | 000544252 |
| 201 | 3/11/2018 | 18-299118 | 000544253 | 000544261 |
| 202 | 3/11/2018 | 18-299141 | 000544262 | 000544270 |
| 203 | 3/15/2018 | 18-299571 | 000544271 | 000544279 |
| 204 | 3/15/2018 | 18-299658 | 000545442 | 000545450 |
| 205 | 3/20/2018 | 18-300085 | 000544280 | 000544288 |
| 206 | 3/21/2018 | 18-300254 | 000544291 | 000544299 |
| 207 | 3/22/2018 | 18-300275 | 000544300 | 000544308 |
| 208 | 3/22/2018 | 18-300279 | 000544309 | 000544317 |
| 209 | 3/22/2018 | 18-300324 | 000544318 | 000544326 |
| 210 | 3/23/2018 | 18-300386 | 000545460 | 000545468 |
| 211 | 3/23/2018 | 18-300388 | 000544327 | 000544335 |
| 212 | 3/23/2018 | 18-300491 | 000544336 | 000544344 |
| 213 | 3/25/2018 | 18-300537 | 000544345 | 000544353 |
| 214 | 3/25/2018 | 18-300568 | 000544354 | 000544362 |
| 215 | 3/26/2018 | 18-300622 | 000544363 | 000544371 |
| 216 | 3/26/2018 | 18-300653 | 000544372 | 000544380 |
| 217 | 3/26/2018 | 18-300657 | 000544381 | 000544389 |
| 218 | 3/26/2018 | 18-300699 | 000544390 | 000544398 |
| | | | | 000544416 |
| 219 | 3/31/2018 | 18-301226 | 000544408 | 000544417 |
| | | | | 000544432 |
| | | | | 000544433 |
| 220 | 4/3/2018 | 18-301461 | 000544424 | 000544434 |
| 221 | 4/3/2018 | 18-301532 | 000544447 | 000544455 |
| 222 | 4/5/2018 | 18-301788 | 000544456 | 000544464 |
| 223 | 4/6/2018 | 18-302417 | 000544474 | |
| 224 | 4/12/2018 | 18-302437 | 000544500 | 000544508 |
| 225 | 5/14/2018 | 18-310061 | 000544651 | |
| | | | | 000544632 |
| | | | | 000548439 |
| | | | | 000549914 |
| 226 | 6/15/2018 | 18-308974 | 000544624 | 000549922 |
| 227 | 6/15/2018 | 18-308995 | 000544642 | 000544650 |
| 228 | 7/6/2018 | 18-310972 | 000544669 | |
| 229 | 7/6/2018 | 18-314425 | 000544682 | |
| 230 | 7/20/2018 | 18-321033 | 000545200 | 000545208 |
| | | | | 000544700 |
| | | | | 000544701 |
| 231 | 8/30/2018 | 18-315669 | 000544692 | 000544704 |
| 232 | 9/1/2018 | 18-315794 | 000544710 | 000544718 |
| 233 | 9/5/2018 | 18-315969 | 000544719 | 000544727 |
| 234 | 9/6/2018 | 18-326152 | 000545209 | 000545217 |
| 235 | 9/13/2018 | 18-316890 | 000544763 | 000544771 |

| | | | | |
|---|---|---|---|---|
| | | | | 000544940 |
| 236 | 9/15/2018 | 18-317042 | 000544932 | 000544944 |
| 237 | 9/18/2018 | 18-320798 | 000545601 | 000545169 |
| 238 | 9/19/2018 | 18-317417 | 000544985 | 000544993 |
| 239 | 9/23/2018 | 18-317797 | 000544994 | 000545002 |
| | | | | 000545011 |
| 240 | 9/23/2018 | 18-317809 | 000545003 | 000545012 |
| | | | | 000545187 |
| 241 | 9/24/2018 | 18-230812 | 000545179 | 000545188 |
| 242 | 9/24/2018 | 18-317903 | 000545015 | 000545023 |
| 243 | 9/24/2018 | 18-317927 | 000545024 | 000545032 |
| 244 | 9/24/2018 | 18-320805 | 000545170 | 000545178 |
| 245 | 9/25/2018 | 18-318010 | 000545033 | 000545041 |
| | | | | 000545042 |
| | | | | 000545043 |
| | | | | 000545044 |
| 246 | 9/25/2018 | 18-318021 | 000545046 | 000545045 |
| 247 | 9/25/2018 | 18-318030 | 000545054 | 000545062 |
| 248 | 9/25/2018 | 18-318035 | 000545063 | 000545071 |
| 249 | 9/25/2018 | 18-318049 | 000545072 | 000545080 |
| 250 | 9/25/2018 | 18-318078 | 000545081 | 000545089 |
| | | | | 000545090 |
| 251 | 9/25/2018 | 18-318086 | 000545091 | 000545099 |
| 252 | 9/25/2018 | 18-318093 | 000545106 | 000545114 |
| 253 | 9/25/2018 | 18-318131 | 000545115 | 000545123 |
| 254 | 9/25/2018 | 18-318134 | 000545124 | 000545132 |
| 255 | 9/25/2018 | 18-318139 | 000545133 | 000545141 |
| 256 | 9/25/2018 | 18-318176 | 000545142 | 000545150 |
| 257 | 9/26/2018 | 18-318268 | 000545151 | 000545159 |
| 258 | 9/26/2018 | 18-318343 | 000545160 | 000545168 |
| 259 | 9/26/2018 | 18-318349 | 000549924 | 000545571 |
| 260 | 9/26/2018 | 18-320830 | 000545191 | 000545199 |
| 261 | 9/29/2018 | 18-318669 | 000545583 | 000545591 |
| 262 | 9/29/2018 | 18-318678 | 000545592 | 000545600 |
| 263 | undated | 18-294141 | 000542676 | 000542684 |
| 264 | undated | 18-296263 | 000543720 | 000549904 |
| | | | | 000544510 |
| | | | | 000544512 |
| | | | | 000544513 |
| | | | | 000544514 |
| 265 | undated | 18-304544 | 000544509 | 000544515 |
| | | | | 000545572 |
| | | | | 000545580 |
| 266 | undated | 18-318462 | 000545563 | 000545582 |