# Exhibit 135-G

| | Other Irrelevant Complaints Filed After November 2016 Election | | | | |
|---|---|---|---|---|---|
| Count | OCR Complaint ID | Date | Bates No. of Complaint | Bates No. of Related Documents | Reason Complaint is Irrelevant |
| 1 | 17-259696 | 1/19/2017 | 000545774 | 000545782 000541967 000541969 000541970 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes<br>Complainant is not entity covered by the Refusal Statutes |
| 2 | 17-260802 | 1/31/2017 | 000546113 | 000546121 | Complainant is not protected entity under the Refusal Statutes<br>Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes |
| 3 | 17-264789 | 3/10/2017 | 000545783 | | Complainant is not protected entity under the Refusal Statutes |
| 4 | 17-272987 | 4/14/2017 | 000546122 | 000546130 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes<br>Complainant is not protected entity under the Refusal Statutes |
| 5 | 17-271523 | 5/23/2017 | 000546104 | 000546112 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes<br>Complainant is not protected entity under the Refusal Statutes |
| 6 | 17-281650 | 9/8/2017 | 000546131 | 000546139 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes.<br>Complainant is not a protected entity under the Refusal Statutes. |
| 7 | 18-284790 | 10/11/2017 | 000542026 | 000542034 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes.<br>Complainant is not a protected entity under the Refusal Statutes. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | 18-288083 | 10/21/2017 | 000542047 | | | Complainant is not a protected entity under the Refusal Statutes<br>Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes |
| 9 | 18-292650 | 1/9/2018 | 000542260 | 000542268 | | Complainant is not a protected entity under the Refusal Statutes |
| 10 | 18-292652 | 1/9/2018 | 000545236 | 000545244 | | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. |
| 11 | 18-293709 | 1/9/2018 | 000542423 | | | Complainant is not a protected entity under the Refusal Statutes<br>Complaint does not allege discrimination/conduct prohibited under the Refusal Statutes |
| 12 | 18-292692 | 1/10/2018 | 000542269 | 000542277 | | Complainant is not a protected entity under the Refusal Statutes<br>Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes<br>Complaint is against entity not regulated under the Refusal Statutes |
| 13 | 18-293023 | 1/11/2018 | 000542334 | | | Complainant is not an entity protected under the Refusal Statutes<br>Complaint does not allege discrimination/conduct prohibited under the Refusal Statutes |
| 14 | 18-292940 | 1/11/2018 | 000542307 | 000542315<br>000542333 | | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes<br>Complainant is not a protected entity under the Refusal Statutes |

| | | | | | |
|---|---|---|---|---|---|
| 15 | 18-292941 | 1/11/2018 | 000542316 | 000542324 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. |
| 16 | 18-292944 | 1/11/2018 | 000542325 | 000549903 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. |
| 17 | 18-292877 | 1/11/2018 | 000542298 | 000542306 | Complaint is against entity not regulated under the Refusal Statutes. |
| 18 | 18-293400 | 1/17/2018 | 000545541 | 000545549 000545550 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not a protected entity under the Refusal Statutes. |
| 19 | 18-293598 | 1/18/2018 | 000542387 | 000542395 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes |
| 20 | 18-293613 | 1/18/2018 | 000545469 | 000545477 | Complaint is against entity not regulated under the Refusal Statutes. |
| 21 | 18-294047 | 1/23/2018 | 000542607 | 000542615 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes Complaint is against entity not regulted under the Refusal Statutes |

| | | | | | |
|---|---|---|---|---|---|
| 22 | 18-294058 | 1/23/2018 | 000542627 | 000542635 000542636 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 23 | 18-294118 | 1/24/2018 | 000542658 | 000542666 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 24 | 18-294456 | 1/25/2018 | 000543082 | 000543090 | Complainant is not a protected entity under the Refusal Statutes Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes |
| 25 | 18-296286 | 1/28/2018 | 000543721 | | Complainant is not a protected entity under the Refusal Statutes Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes |
| 26 | 18-296104 | 2/9/2018 | 000545551 | 000545559 000545562 | Complaint is against entity not regulated under the Refusal Statutes. |
| 27 | 18-297210 | 2/10/2018 | 000543956 | | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 28 | 18-296732 | 2/13/2018 | 000543879 | | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 29 | 18-296469 | 2/14/2018 | 000543740 | 000543748 | Complainant is not a protected entity under the Refusal Statutes Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes |
| 30 | 18-296822 | 2/16/2018 | 000543918 | 000543926 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |

| | | | | | |
|---|---|---|---|---|---|
| 31 | 18-296789 | 2/16/2018 | 000543909 | 000543917 | Complaint does not state facts supporting a claim of discrimination. |
| 32 | 18-297866 | 2/18/2018 | 000544087 | | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 33 | 18-297792 | 2/27/2018 | 000544035 | 000544043 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 34 | 18-298353 | 3/4/2018 | 000544170 | 000544178 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 35 | 18-298614 | 3/6/2018 | 000544188 | 000544196 000544198 000544207 | Complaint is not against entity regulated under the Refusal Statutes. *See also* State Pls.' MSJ Br. Section II(C)(1) (discussing this complaint). |
| 36 | 18-298868 | 3/8/2018 | 000545406 | 000545141 000545415 | Not a complaint |
| 37 | 18-298848 | 3/8/2018 | 000544236 | 000544235 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 38 | 18-301470 | 3/22/2018 | 000544443 | | Not a complaint. |
| 39 | 18-304776 | 3/23/2018 | 000544516 | | Complaint is against entity not regulated under the Refusal Statutes. *See also* State Pls.' MSJ Br. Section II(C)(1) (discussing this complaint). |
| 40 | 18-300986 | 3/28/2018 | 000544399 | 000544407 | Complainant is not a protected entity under the Refusal Statutes. Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes |
| 41 | 18-302042 | 4/9/2018 | 000544465 | 000544473 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 42 | 18-306185 | 4/12/2018 | 000544599 | | Complaint is not against entity regulated under the Refusal Statutes. *See also* State Pls.' MSJ Br. Section II(C)(1) (discussing complaint at 000544188, which is irrelevant for the same reasons as this complaint). |

| | | | | | |
|---|---|---|---|---|---|
| 43 | 18-306408 | 5/2/2018 | 000544606 | | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. Complainant is not protected entity under the Refusal Statutes. |
| 44 | 18-304862 | 5/3/2018 | 000544590 | 000544598 | Complaint is against Title X Funding Opportunity Announcement issued by HHS; HHS claims that it did not enforce pre-existing Title X referral and nondirective options counselin requirements against those with religious objections, *see* 84 Fed. Reg. 23,191 n.64. |
| 45 | 18-316745 | 9/12/2018 | 000544736 | 000544744 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes. |
| 46 | 18-316861 | 9/13/2018 | 000544753 | 000544761 000544762 | Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes/conduct prohibited under the Refusal Statutes alleges discrimination based on conduct that is not protected under refusal statutes. |
| 47 | 18-317335 | 9/18/2018 | 000544976 | 000544984 | Complainant is not a protected entity under the Refusal Statutes<br>Complaint does not allege discrimination/conduct prohibited by the Refusal Statutes<br>Complaint is against entity not regulated under the Refusal Statutes. |
| 48 | 18-293704 | 1/19/2018 | 000542414 | 000542422 | Complaint expressed opposition to Proposed Rule. |
| 49 | 18-293773 | 1/20/2018 | 000542449 | 000542457 | Complaint expressed opposition to Proposed Rule. |