# Exhibit 135-H

### Record Evidence of Complaint Investigation and Closure

| Count | Complaint No. | Description | Bates No. |
|---|---|---|---|
| 1 | 10–109676 | Closure Letter | 000541798 |
| 2 | 11–122388 | Closure Letter | 000541805 |
| 3 | 11–122387 | Closure Letter | 000541807 |
| 4 | 14–193604 | Closure Letter | 000541809 |
| 5 | 14–193604 | Closure Letter | 000541996 |
| 6 | 15–193782 | Closure Letter | 000541809 |
| 7 | 15–195665 | Closure Letter | 000541809 |
| 8 | 15–193782 | Closure Letter | 000541996 |
| 9 | 15–195665 | Closure Letter | 000541996 |
| 10 | 16–224756 | Closure Letter | 000542001 |
| 11 | 16–238113 | Closure Letter - Withdrawl | 000541892 |
| 12 | 17–259696 | Closure Letter | 000541967 |
| 13 | 17-252154 | Closure Letter - Withdrawl | 000541966 |
| 14 | 18–292848 | Closure Letter | 000542001 |