UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>    Defendants,<br><br>DR. REGINA FROST and CHRISTIAN MEDICAL AND DENTAL ASSOCIATIONS,<br><br>    Defendants-Intervenors. | Civil Action Nos.<br>1:19-cv-4676 (PAE) (lead)<br>1:19-cv-5433 (PAE) (consolidated)<br>1:19-cv-5435 (PAE) (consolidated) |

## PLAINTIFFS' NOTICE OF CROSS-MOTION

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declarations, Plaintiffs' pleadings and papers on file in these consolidated actions, and State Plaintiffs' memorandum of law and accompanying declarations filed today, Plaintiffs, by their undersigned counsel, will move this Court, before the Honorable Paul A. Engelmayer, United States District Court Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1305, New York, New York, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment on their claims against the regulation entitled Protecting Statutory Conscience Rights in Health Care, 84 Fed. Reg. 23,170 (May 21, 2019) (to be codified at 45 C.F.R. pt. 88), promulgated by Defendant the U.S. Department of Health and Human Services, and that pursuant to 5 U.S.C. § 706 the Rule be "h[e]ld unlawful and set aside," and for such other and further relief as the Court deems just and proper. In the alternative, Plaintiffs will

move for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure and 5 U.S.C. § 705 for a preliminary injunction barring Defendants from implementing and enforcing the regulation to preserve the status quo until this case is decided on the merits and final judgment is entered.

<div style="display: flex;">

Dated: September 5, 2019

Diana Salgado*
Planned Parenthood Federation of America, Inc.
1110 Vermont Ave., NW Ste. 300
Washington, D.C. 20005
Tel.: (202) 973-4800
Fax: (202) 296-3480
diana.salgado@ppfa.org

Hana Bajramovic
Planned Parenthood Federation of America, Inc.
123 William St., 9th Floor
New York, NY 10038
Tel.: (212) 541-7800
Fax: (212) 247-6811
hana.bajramovic@ppfa.org

Michelle Banker
Sunu Chandy
National Women's Law Center
11 Dupont Circle, NW #800
Washington DC 20036
Tel: (202) 588-5180
Fax: (202) 588-5185
mbanker@nwlc.org
schandy@nwlc.org

Robin F. Thurston**
Kristen Miller
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Tel: (202) 448-9090

Respectfully submitted,

/s/ Sarah Mac Dougall
Sarah Mac Dougall
Cristina Alvarez**
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1000
Fax: (212) 841-1010
smacdougall@cov.com
calvarez@cov.com

Kurt G. Calia*
Marina Dalia-Hunt**
Covington & Burling LLP
3000 El Camino Real, 5 Palo Alto Square
Palo Alto, CA 94306-2112
Tel: (650) 632-4717
Fax: (650) 632-4800
kcalia@cov.com
mdaliahunt@cov.com

Ryan Weinstein
Paulina Slagter**
Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Tel: (424) 332-4800
Fax: (424) 332-4749
rweinstein@cov.com
pslagter@cov.com

David M. Zionts*
Covington & Burling LLP

</div>

2

| | |
|---|---|
| rthurston@democracyforward.org<br>kmiller@democracyforward.org<br><br>*Counsel for Plaintiffs PPFA and PPNNE*<br><br>*Admitted *Pro hac vice*<br>**Pro hac vice* motion forthcoming<br><br><br>/s/*Alexa Kolbi-Molinas*<br>Alexa Kolbi-Molinas<br>Lindsey Kaley<br>Brigitte Amiri<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Phone: (212) 549-2633<br>Fax: (212) 549-2652<br>akolbi-molinas@aclu.org<br>lkaley@aclu.org<br>bamiri@aclu.org<br><br>Daniel Mach*<br>American Civil Liberties Union Foundation<br>915 15th Street NW<br>Washington, DC 20005<br>Phone: (202) 675-2330<br>Fax: (202) 546-0738<br>dmach@aclu.org<br><br>*Attorneys for Plaintiffs NFPRHA and PHS*<br><br>* Admitted *Pro hac vice* | One CityCenter<br>850 10th Street, NW<br>Washington, DC 200001<br>Tel: (202)662-6000<br>dzionts@cov.com<br><br>*Counsel for Plaintiffs PPFA and PPNNE*<br><br><br>Elizabeth O. Gill*<br>American Civil Liberties Union<br>Foundation of Northern California, Inc.<br>39 Drumm Street<br>San Francisco, CA 94111<br>Phone: (415) 621-2493<br>Fax: (415) 255-8437<br>egill@aclunc.org<br><br>Christopher Dunn<br>Erin Beth Harrist<br>Donna Lieberman<br>New York Civil Liberties Union Foundation<br>125 Broad Street, 19th Floor<br>New York, NY 10004<br>Phone: (212) 607-2298<br>cdunn@nyclu.org<br>eharrist@nyclu.org<br>dlieberman@nyclu.org<br><br>*Attorneys for Plaintiffs NFPRHA and PHS* |