**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/19
```

September 13, 2019

**By ECF**

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
Federal Courthouse
40 Foley Square
New York, NY 10007

Re: *State of New York, et al. v. United States Department of Health and Human Services, et al.*, Nos. 1:19-cv-4676 (PAE); 1:19-cv-5433 (PAE); 1:19-cv-5435 (PAE)

Dear Judge Engelmayer:

Debevoise & Plimpton LLP represents proposed *amici curiae* the American College of Obstetricians and Gynecologists, the American Medical Association, the American Academy of Pediatrics, the American College of Emergency Physicians, the American College of Osteopathic Obstetricians and Gynecologists, the American Society for Reproductive Medicine, the National Association of Nurse Practitioners in Women's Health, the Society for Maternal-Fetal Medicine, the American College of Nurse-Midwives, the North American Society for Pediatric and Adolescent Gynecology, the American Muslim Health Professionals, and the World Professional Association for Transgender Health (collectively, "*amici*"), in the above-referenced matter. Yesterday, *amici* filed a letter with the Court requesting time at the oral argument currently scheduled in this matter (Dkt. 207). We are writing to respectfully withdraw this request.

Respectfully submitted,

9/16/19

/s/ Shannon Rose Selden
Shannon Rose Selden
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
*srselden@debevoise.com*

cc: Counsel of record (via ECF)

The Court appreciates this letter and respectfully requests the Clerk of the Court to terminate the motion pending at Dkt. 207.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

www.debevoise.com