UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

STATE OF NEW YORK, et al.,

                      Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

                      Defendants.

19 Civ. 4676 (PAE)
19 Civ. 5433 (PAE)
19 Civ. 5435 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Argument in the above-captioned cases is scheduled for Friday, October 18, 2019, and will start promptly at 9:30am. The argument will be held in courtroom 506. The Court has allocated three hours for argument.

The Court anticipates that plaintiffs will argue first and will have 75 minutes among them. The Court has received plaintiffs' counsel's letter identifying the allocation of topics among counsel. Dkt. 238. The Court appreciates this notice. The Court expects plaintiffs' counsel to carefully manage time to assure that sufficient time remains to address the important subjects to be covered by the third and fourth presenters.

Following plaintiffs' counsel's argument, the Court will take a brief recess. The Court will then allocate 75 minutes for defendants' argument. Of this 75 minutes, the Court allocates 65 minutes to the Government and 10 minutes to the intervenors. Depending on the time remaining, there may or may not be a brief opportunity following defendants' argument for rebuttal.

In response to a question posed by plaintiffs in their letter, there is no need for counsel to bring signed original declarations to the hearing. The Court will receive them as filed on ECF.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 15, 2019
       New York, New York