UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/19

STATE OF NEW YORK, et al.,

                              Plaintiffs,

-v-

UNITED STATES DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

                             Defendants.

19 Civ. 4676 (PAE)
19 Civ. 5433 (PAE)
19 Civ. 5435 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    Argument in the above-captioned cases will now be held in courtroom 318. The venue has changed in order to enable the Court to use courtroom 506 as an overflow room in the event attendance exceeds capacity. Argument is scheduled for Friday, October 18, 2019, and will start promptly at 9:30am.

    SO ORDERED.

                                                *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: October 16, 2019
       New York, New York