# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>   *Plaintiff*,<br><br>  v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>   *Defendants*. | No. 1:19-cv-04676-PAE |
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; and PLANNED PARENTHOOD OF NORTHERN NEW ENGLAND, INC.,<br><br>   *Plaintiff*,<br><br>  v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>   *Defendants*. | No. 1:19-cv-05433-PAE |
| NATIONAL FAMILY PLANNING AND REPRODUCTION HEALTH ASSOCIATION; and PUBLIC HEALTH SOLUTIONS, INC.<br><br>   *Plaintiff*,<br><br>  v.<br><br>ALEX M. AZAR II, *et al.*,<br><br>   *Defendants*. | No. 1:19-cv-05435-PAE |

## NOTICE OF FILING

Defendants submit this notice to inform the Court that, pursuant to the Court's October 21, 2019 and October 25, 2019 Orders, Defendants sent copies of the administrative record ("AR") in this case to the Court and to the Clerk's Office on thumb drives today via overnight courier. Attached to this notice as exhibits are the relevant certifications that the AR is complete, as well as indexes describing the AR's contents.

Dated: October 25, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Bradley P. Humphreys*
BRADLEY P. HUMPHREYS
(D.C. Bar No. 988057)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 305-0878
E-mail: Bradley.Humphreys@usdoj.gov

*Counsel for Defendants*